JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ADAM ZAPALA (SBN 245748)
azapala@cpmlegal.com
MATTHEW K. EDLING (SBN 250940)
medling@cpmlegal.com
TIFFANY B. WONG (SBN 280620)
twong@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:      (650) 697-6000
Facsimile:      (650) 697-0577

STEPHEN B. MURRAY, SR. (LA SBN:  9858)
smurray@murray-lawfirm.com
ARTHUR M. MURRAY (LA SBN:  27694)
amurray@murray-lawfirm.com
CAROLINE W. THOMAS (LA SBN:  36051)
cthomas@murray-lawfirm.com
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:      (504) 525-8100
Facsimile:      (504) 584-5249

*Attorneys for Plaintiffs Stephen and Beryl Fisse,*
*On behalf of their minor daughter M.F., et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION<br><br>This filing applies to *Fisse v. Anthem, Inc., et al.*, Case No. 15-CV-3035 (N.D. Cal.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 15-MD-02617-LHK<br>CASE NO.: 15-CV-3035<br><br>**Notice of Voluntary Dismissal of *Fisse v. Anthem, Inc., et al.*, Case No. 15-CV-3035 (N.D. Cal.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOW INTO COURT COMES PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Beryl Fisse and Stephen Fisse, on behalf of their minor daughter M.F., plaintiffs in the civil action *Fisse v. Anthem, Inc., et al.,* Case No. 15-CV-3035 (N.D. Cal.), hereby voluntarily dismiss their complaint and all claims against Defendants Anthem, Inc. and The Anthem Companies, Inc., without prejudice.

DATED:  September 23, 2015                      Respectfully submitted,

By:___/s/_ Arthur M. Murray____
STEPHEN B. MURRAY, SR. (LA SBN:  9858)
smurray@murray-lawfirm.com
ARTHUR M. MURRAY (LA SBN:  27694)
amurray@murray-lawfirm.com
CAROLINE W. THOMAS (LA SBN:  36051)
cthomas@murray-lawfirm.com
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:     (504) 525-8100
Facsimile:     (504) 584-5249

*Attorneys for Plaintiffs Stephen and Beryl Fisse,
On behalf of their minor daughter M.F., et al.*

1

2

3

4
## <u>CERTIFICATE OF SERVICE</u>

5
I HEREBY CERTIFY that on this 23rd day of September 2015, I electronically filed the

6
foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon

7
counsel of record by, and may be obtained through, the Court CM/ECF Systems.

8

9
By:___/s/  Arthur M. Murray____
STEPHEN B. MURRAY, SR. (LA SBN:  9858)

10
smurray@murray-lawfirm.com
ARTHUR M. MURRAY (LA SBN:  27694)

11
amurray@murray-lawfirm.com
CAROLINE W. THOMAS (LA SBN:  36051)

12
cthomas@murray-lawfirm.com
**MURRAY LAW FIRM**

13
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130

14
Telephone:     (504) 525-8100
Facsimile:      (504) 584-5249

15

16
*Attorneys for Plaintiffs Stephen and Beryl Fisse,
On behalf of their minor daughter M.F., et al.*

17

18

19

20

21

22

23

24

25

26

27

28