UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORALEE GIOTTA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHEM, INC., et al.,<br><br>    Defendants. | Case No. 15-MD-02617-LHK<br><br>**CASE MANAGEMENT ORDER** |

**Counsel on Behalf of Lead Plaintiffs and Lead Plaintiffs' Steering Committee:** Eve Cervantez, David Berger, Andrew Friedman
**Counsel on Behalf of Plaintiff Bell:** Isam Khoury
**Counsel on Behalf of Defendants Anthem, Inc.; Anthem affiliates; and various non-Anthem affiliates:** Craig Hoover, Desmond Hogan, Chad Fuller, Allison Holt
**Counsel on Behalf of Defendants Blue Cross Blue Shield Association and Healthcare Services Corporation:** Jessica Staiger

A case management conference was held on October 26, 2016. A further case management conference is scheduled for January 25, 2017 at 2:00 p.m. The parties shall file their joint case management statement by January 18, 2017.

The deadline for the parties to complete the Rule 30(b)(6) of up to five non-Anthem Defendants is extended from December 1, 2016 to December 16, 2016. The deadline for all other

discovery shall remain December 1, 2016. All other scheduled dates shall remain as set. For the convenience of the parties, the case schedule is reproduced below.

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | December 1, 2016 |
| Identification of Plaintiffs' Experts for Class Certification and Report | December 2, 2016 |
| Identification of Defendants' Experts for Class Certification and Report | December 21, 2016 |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | January 16, 2017 |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | February 13, 2017 |
| Last Day to Amend Pleadings | February 24, 2017 |
| Deadline to File Motion for Class Certification | **Motion:** March 10, 2017<br>**Opp'n:** April 7, 2017<br>**Reply:** May 5, 2017 |
| Deadline for Defendants to File *Daubert* Motions | **Motion:** April 7, 2017<br>**Opp'n:** May 5, 2017<br>**Reply:** May 19, 2017 |
| Deadline for Plaintiffs to File *Daubert* Motions | **Motion:** May 5, 2017<br>**Opp'n:** May 19, 2017<br>**Reply:** June 2, 2017 |
| Hearing on Motion for Class Certification and *Daubert* Motions | June 29, 2017, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: October 26, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

2